Faud Haghighi, Esq., SBN.: 281724
**THE DISABILITY ACCESS CENTER**
17221 E. 17th St. F, Santa Ana, CA 92705
Tel: (949) 313-7656 · Fax: (714) 515-6533
Email: Fhaghighilaw@gmail.com

Attorney for Plaintiff, ADAM GHADIRI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GHADIRI, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GH HOLLOW METAL DOORS & FRAMES INDUSTRIES CORP., a California Corporation and ALONDRA INVESTMENT COMPANY, a California Corporation,<br><br>　　　　　Defendants. | Case No.: 8:24-cv-01953-JWH-KES<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE pursuant to Central District of California Local Rules, Rule 40-2 that Plaintiff, ADAM GHADIRI has reached a full and comprehensive settlement of this civil action with mutual general releases.

NOTICE OF SETTLEMENT
1

The settlement has been reached involving the Plaintiff and Defendants, GH HOLLOW METAL DOORS & FRAMES INDUSTRIES CORP., a California Corporation and ALONDRA INVESTMENT COMPANY, a California Corporation.

DATED: December 11, 2024         **THE DISABILITY ACCESS CENTER**

_____
Faud Haghighi, Esq.
Attorney for Plaintiff,
ADAM GHADIRI